UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

ADVENTIST HEALTH SYSTEM/SUNBELT,　　　)
INC.,　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　　　)　　　　　　NO: 2:10-CV-189
　　　　　　　　　　　　　　　　　　　　　　　)
KATHLEEN SEBELIUS, SECRETARY,　　　　　)
United States Department of Health and　　　　　)
Human Services,　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　　　)

**O R D E R**

This matter is before the Court to consider the Report and Recommendation of the

United States Magistrate Judge dated May 11, 2011. In that Report and Recommendation, the

Magistrate Judge recommends that the plaintiff's Motion for Summary Judgment, [Doc. 17], be

denied and that the defendant's Motion for Summary Judgment, [Doc. 19], be granted. The plaintiff

has filed objections to this Report and Recommendation. After careful *de novo* consideration of the

record as a whole, and after careful consideration of the Report and Recommendation of the United

States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are

incorporated by reference herein, it is hereby **ORDERED** that this Report and Recommendation is

**ADOPTED** and **APPROVED**, [Doc. 25], and that plaintiff's Motion for Summary Judgment, [Doc.

17], is **DENIED** and that the defendant's Motion for Summary Judgment, [Doc. 19], is **GRANTED**.

As such, the case is hereby **DISMISSED**.

E N T E R:

<u>s/J. RONNIE GREER</u>
UNITED STATES DISTRICT JUDGE